UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-22267-CIV-ALTONAGA/Brown

**OWEN HARTY**,

    Plaintiff,

vs.

**BIRDSIDE CENTRE CORP., LLC**,

    Defendant.

_____/

**ORDER**

**THIS CAUSE** came before the Court on a *sua sponte* review of the record. On September 28, 2009, the Court entered an Order directing Plaintiff, Owen Harty, to perfect service on the Defendant or show cause why the case should not be dismissed for failure to perfect service of process by December 1, 2009. (*See* [D.E. 7]). The Court further instructed Harty that failure to file proof of service by December 1 would result in a dismissal of the case without prejudice and without further notice. (*See id.*). To date, Harty has not filed proof of service or requested an enlargement of time to do so. Accordingly, it is

    **ORDERED AND ADJUDGED** as follows:

1. The case is **DISMISSED WITHOUT PREJUDICE**.

2. The Clerk must **CLOSE** the case.

3. All pending motions are **DENIED AS MOOT**.

    **DONE AND ORDERED** in Chambers at Miami, Florida, this 1st day of December, 2009.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record